UNITED STATES BANKRUPTCY COURT
District of Massachusetts

Chapter: 13
Case No.: 01 - 13900
Judge: Joan N. Feeney

Debtor(s): William C. Ingram

### ORDER TO DEBTOR

TO THE DEBTOR: You are hereby ORDERED to file with this Court the document(s) marked (x) below:

_____   Matrix Sheet: YOU MUST FILE THIS WITHIN THREE (3) DAYS OF ENTRY OF THIS ORDER. See Local Rule MLBR 1007-1(a).

_____   Chapter 7 Individual Debtor's Statement of Intention - Original & 3 Copies: YOU MUST FILE THIS STATEMENT BEFORE THE SEC. 341 MEETING OR WITHIN 30 DAYS OF FILING YOUR BANKRUPTCY PETITION, WHICHEVER IS EARLIER.

In addition, you must file the marked documents below by ____5/24/01_____ at 4:30 p.m.

xxx__   Schedule(s) ___A-J_____: Original & _3_ Copies

_____   Exhibit "A" (Chapter 11 Corporate Debtor) - Original & 6 Copies

_____   Exhibit "B" (Individual Chapter 7 Debtor) - Original & 3 Copies

xxx__   Statement of Financial Affairs - Original & _3_ Copies

_____   Statement of Attorney Compensation - Original & ____ Copies

_____   Corporate Vote (Corporate Debtor Only) - Original & ____ Copies

_____   List of 20 Largest Unsecured Creditors (Chapter 11) - Original & 6 Copies

xxx__   Chapter 13 Plan - Original & 3 Copies
        ____ Plan filed was incomplete or unsigned.

_____   The petition must be signed by Debtor/Attorney.

_____   List of post-petition creditors (in converted cases only): please chec one, then sign and date and return to the Court at the address below. - Original & ____ Copies
        ___ list attached
        ___ no post-petition creditors _____
                                        Signature / Date

YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE, U.S. Bankruptcy Court District of Massachusetts 10 Causeway Street, Room 1101 Boston, MA 02222. FAILURE TO COMPLY WILL RESULT IN APPROPRIATE ACTION BY THE COURT, INCLUDING DISMISSAL PURSUANT TO 11 U.S.C. SECTION 109(g).

Date: 05/09/01                                                    By the Court,

                                                                  Meredith Vitale

Case: 01-13900    Form id: 218    Ntc Date: 05/09/2001    Off: 1    Page : 1
Total notices mailed: 2

Debtor    Ingram, William C.    22 Trundle Bed Ln.,    E. Kingston, NH 03827
Aty       White, Anne J.    Klieman, Lyons, Schindler & Gross,    21 Custom House Street,    Boston, MA 02110